UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TAMARA BARNES,

    Plaintiff,

v.

CREDIT CONSULTING SERVICES, INC.,

    Defendant.

Case No. 15-cv-00571-BLF

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

In light of the parties' notice of settlement, the Case Management Conference set for June 4, 2015 is CONTINUED to August 6, 2015 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: April 20, 2015

_____
BETH LABSON FREEMAN
United States District Judge