# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMARA BARNES,** | ) Case No. 5:15-cv-00571-BLF |
| Plaintiff(s) | ) |
| | ) **ORDER** |
| vs. | ) |
| **CREDIT CONSULTING SERVICES, INC..** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this ____ day of October, 2015.

_____
The Honorable Beth Labson Freeman

Order to Dismiss - 1